**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1803**

MARK DOWNEY,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA, et al.,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:19-cv-01872-PX)

Submitted:  October 15, 2019                    Decided:  October 17, 2019

Before GREGORY, Chief Judge, and THACKER and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Downey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Downey appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Downey v. United States*, No. 8:19-cv-01872-PX (D. Md. July 8, 2019). We deny Downey's motion for a nationwide public ruling to quash federal and state sovereign immunity. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*